Tommy Navarrette (Pro-Se)
1405 East Camper Drive11
West Covina, CA 91792
510-419-9468
tne15167@gmail.com
(Plaintiff Pro-Se)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY NAVARRETTE<br>        Plaintiff,<br>    vs.<br>Options Recovery Services,<br>Pamela Thomas, Brianna Herron,<br>George K.L. Smith<br>        Defendants | Case No. 3:22-cv-02156-MMC<br><br>PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS |

HEARING DATE: October 7, 2022
TIME:          9:00 a.m.
COURTROOM:     7
JUDGE:         Hon. Maxine M. Chesney

COMES NOW plaintiff in the above caption matter hereby Plaintiff respectfully moves the court for an order extending his 09/16/2022 deadline to file with this court, and serve on defendant an opposition to defendant's " **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]**

1. The Response to Defendants Motion to dismiss is currently scheduled for Friday, September 16th, 2022, 5 days from today.

2. I respectfully request that the Court move the Plaintiff's response to Monday, October 17th, 2022 or another date at the Court's convenience to allow Plaintiff the opportunity to consult with the FedPro Legal consultation team and properly prepare a response.

3. Plaintiff has not asked for an extension on a response previously.

    4.     This change in date will not affect future dates as the Case Management Conference is set for December 2, 2022.

    5.     This change is necessary due to;

        A. Plaintiff is pro-se and is unfamiliar with how to respond.

        B. Plaintiff has tried to make an appointment with FedPro consultation but has not secured a date as of today.

    6.     The Defense replied to Plaintiff's request for consent via email on Friday, September 9th, 2022 by stating the following, "Mr. T Navarette EL, It is my belief that you must seek permission from the Court. We will certainly abide by our Judge's decision regarding your request for an extension. Sincerely, Richard S. Linkert, Partner"

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 9.11.2022                                   Tommy Navarrette

                                                               Pro-se

Good cause appearing, the motion is GRANTED. Defendants response is rescheduled to Monday, October 17th, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Date:_____       [For Judge]_____

                                                           Honorable Judge Maxine M Chesney United States District Judge