NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tommy Navarrette
1405 East Camper Drive
West Covina, CA 91792
Pro-Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Tommy Navarrette | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 3:22-cv-02156-MMC |
| v. | |
| Options Recovery Services, George K.L. Smith | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| Breanne Herron, Pamela Thomas    DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Los Angeles__, State of California, and not a party to the above-entitled cause. On __09/12/2022__, 20__22__, I served a true copy of __MOTION TO RESCHEDULE DEADLINE FOR PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: CHAMBERS COPIES FOR HONORABLE MAXINE M CHESNEY, U.S District Court, Office of the Clerk, 450 Golden Gate Ave, 16th Fl., San Francisco,, CA 94102

Executed on __September 12__, 20__22__ at __West Covina__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Person Making Service

Aida Martinez

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE