Tommy Navarrette (Pro-Se)
1405 East Camper Drive11
West Covina, CA 91792 510-419-9468 tne15167@gmail.com
(Plaintiff Pro-Se)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-02156-MMC

| | |
|---|---|
| TOMMY NAVARRETTE<br>　　　Plaintiff,<br>　vs.<br>Options Recovery Services,<br>Pamela Thomas, Brianna Herron,<br>George K.L. Smith<br>　　　Defendants | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE DUE TO SEVERE EXTENUATING CIRCUMSTANCES** |

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1. The Case Management Conference is currently scheduled for Friday, DECEMBER 2,, 2022, @ 10:30 a.m. days from today.

2. I respectfully request that the Court move the Case Management Conference to date convenient to the court that'll allow both parties to confer and reconstruct a proper and valid case management conference. Approximately 2 weeks out should suffice.

3. This change is necessary due to;

　a. Plaintive having his vehicle stolen out of West Covina and simultaneously having his cell phone stolen.

　b. Plaintive on her about the same day that his vehicle was stolen fractured a small bone in his right hand limiting his ability to type and or maneuver through motor body movements. Patient was subsequently hospitalized and just released as of Wednesday.

      c.  Additionally, as a result both parties have not had a chance to confer and work up a new case management conference.

      d.  Plaintive apologizes immensely for tardiness and for lack of communication and ask for the courts mercy in granting this request.

      e.  Attachment of plaintiff's lab and x-ray results from Kaiser hospital are attached and proof of stolen vehicle report and or insurance report can be provided if necessary.

      f.  Due to time sensitivity and just noticing this email earlier Wednesday evening, defendants are notified of this notice through electronic filing only.

      h.  Plaintive thinks Your Honor and the court in advance for understanding and consideration.

I declare under penalty of perjury that the above statements are true and correct.

                                    Respectfully submitted,

Date: <u>12.1.2022</u>

                                      <u>Tommy Navarrette</u>
                                      Mr T Navarrette El

                                      Legal authorized represent

**Member name:** Tommy R Navarrette
**Date of birth:** 5/16/1975
**Gender:** M
**Primary care physician:** SAMINA KHOKHAR MD, M.D.
**Date printed:** 12/1/2022

For general information about a test procedure, click the "About this test" link above.

To see more information about a test result, select the "Details" tab. To compare test results over time, click "Past results" or "Graph of past results."

Minor abnormalities of test results are not unusual and may not be significant. They are subject to the interpretation of your health care practitioner.

## Study result

### Impression

FINDINGS/IMPRESSION:
There is fracture of the hamate status post reduction and splinting/casting. The splinting/casting material obscures the evaluation of the underlying bones.

This report electronically signed by Yong W Liu on 11/21/2022 2:32 PM

### Narrative

CLINICAL HISTORY: Reason: s/p reductioin

COMPARISON: 11/21/2022

## Component results

There is no component information for this result.

## General information

Ordered by: AMY MARIE OLDENBURG PA

**Member name:** Tommy R Navarrette
**Date of birth:** 5/16/1975
**Gender:** M
**Primary care physician:** SAMINA KHOKHAR MD, M.D.
**Date printed:** 12/1/2022

For general information about a test procedure, click the "About this test" link above.

To see more information about a test result, select the "Details" tab. To compare test results over time, click "Past results" or "Graph of past results."

Minor abnormalities of test results are not unusual and may not be significant. They are subject to the interpretation of your health care practitioner.

## Study result

### Impression

There is fracture hamate bone of the right seen.

This report electronically signed by Dr. Varma J Meka M.D. on 11/21/2022 9:24 AM

### Narrative

CLINICAL HISTORY: Reason: hand pain after punching ground. Removed splint applied at outside hospital.

COMPARISON: No previous study available.

FINDINGS: There is fracture hamate bone of the right wrist seen. No significant joint disease is noted. There is soft tissue swelling of the right hand.

## Component results

There is no component information for this result.

## General information

Ordered by: PRATIK S. SHAH DO

Collected: 11/21/2022 9:24 AM