IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS NAVARRETTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPTIONS RECOVERY SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02156-MMC<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the "Notice of Settlement of Entire Action," filed by defendant Options Recovery Services on March 30, 2023, wherein said defendant states the parties have reached a settlement and that, in connection therewith, plaintiff has executed a release of all claims in exchange for a monetary sum that has been delivered to him.

　　In light thereof, IT IS HEREBY ORDERED that plaintiff's claims against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

　　**IT IS SO ORDERED.**

Dated: March 31, 2023

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a stipulation for dismissal with prejudice.